REUBEN J. DONIG, CSB No. 65659
LAW OFFICES OF REUBEN J. DONIG
177 BOVET ROAD, SUITE 600
SAN MATEO, CA 94402
TELEPHONE: (650)638-2336
FACSIMILE: (650)638-2536
EMAIL: rjdoniglaw@aol.com

GARY A. ANGEL, CSB No. 70006
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA 94108
TELEPHONE: (415)788-5935
FACSIMILE: (415)788-5958
EMAIL: angelgary@aol.com

Attorneys for Plaintiff LILLIAN CHRISTENSEN,
as Personal Representative of the Estate and
Mother of Decedent, GARY ALLEN CHRISTENSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, as Personal Representative for the Estate and Mother of Decedent, GARY ALLEN CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. COTNOIR, an Individual and Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, an Individual and Master of the Vessel "BETTY K,"<br><br>Defendants. | Civil No. CV 11-3864 JSW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE SUMMONS ON ROBERT C. LONGSTRETH VIA PUBLICATION** |

Now before the Court is Plaintiff's Administrative Motion for Leave to Serve Summons on ROBERT C. LONGSTRETH via publication, and to extend time for service to February 3, 2012. The time for filing an opposition to the Motion has expired, and

1 the Court has not received any opposition.

2 After considering the Motion, relevant legal authority, and
3 the record in this case, the Court hereby GRANTS plaintiff's
4 administrative motion.

5 IT IS HEREBY ORDERED that service of the Summons in this
6 action on defendant ROBERT C. LONGSTRETH shall be accomplished by
7 publication in the *Pacifica Tribune* and the *Mountain Democrat*,
8 newspapers published in the State of California, and designated
9 as the newspapers most likely to give actual notice to defendant
10 ROBERT C. LONGSTRETH.

11 IT IS FURTHER ORDERED that the time to complete service is
12 extended by 60 days, until February 3, 2012.

13 IT IS FURTHER ORDERED that this Order does not preclude
14 service upon defendant ROBERT C. LONGSTRETH in any other manner
15 specified in Fed.R.Civ.P. 4 or in California Code of Civil
16 Procedure Sections 415.10 through 415.30, which service would
17 supersede these service by publication.

18 IT IS FURTHER ORDERED that the publication shall be made
19 once a week for four weeks, and that the deadline by which the
20 defendant LONGSTRETH shall be served shall be extended to
21 February 3, 2012.

22 IT IS HEREBY FURTHER ORDERED that if defendant ROBERT C.
23 LONGSTRETH's address is ascertained prior to the expiration of
24 the time prescribed for publication of the Summons, a copy of the
25 Summons and Complaint and of the Order for publication shall
26 immediately be ~~e~~-mailed to defendant ROBERT C. LONGSTRETH.
27 / / /

28

2

ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE SUMMONS ON ROBERT C. LONGSTRETH
VIA PUBLICATION - Case No. CV 11-3864 JSW

Plaintiff is HEREBY ORDERED to serve a copy of this Order on the remaining Defendant, ROBERT COTNOIR.

**IT IS SO ORDERED.**

Dated: November 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3

ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE SUMMONS ON ROBERT C. LONGSTRETH VIA PUBLICATION - Case No. CV 11-3864 JSW