United States District Court

For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5  Christensen,                                    No. CV11-03864 JSW

6              Plaintiff,

                                        **ORDER SCHEDULING TRIAL AND**
7     v.                                      **PRETRIAL MATTERS**

8  Cotnoir,

9              Defendant.
                                           /
10 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

11

12         Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13 Management Statement is adopted, except as expressly modified by this Order.  It is further

14 ORDERED that:

15     **A.     DATES**

16 Jury Trial Date:  12/17/2012, at 8:00 a.m., 3 - 4 days

17 Pretrial Conference:  Monday, 11/5/2012, at 2:00 p.m.

18 Last Day to Hear Dispositive Motions:  Friday, 8/24/2012, 9:00 a.m.

19 Last Day for Expert Discovery:  7/18/2012

20 Close of Non-expert Discovery: 6/18/2012

21     **B.     DISCOVERY**

22         The parties are reminded that a failure voluntarily to disclose information pursuant to

23 Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

24 pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

25 non-expert discovery, lead counsel for each party shall serve and file a certification that all

26 supplementation has been completed.

27

28

United States District Court
For the Northern District of California

1  **C.      ALTERNATIVE DISPUTE RESOLUTION**

2  This matter is referred to court-connected mediation, to be conducted by June 30, 2012.

3  The parties shall promptly notify the Court whether the case is resolved at the mediation.

4  **D.      PROCEDURE FOR AMENDING THIS ORDER**

5  No provision of this order may be changed except by written order of this court upon its

6  own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

7  without a showing of very good cause.  If the modification sought is an extension of a deadline

8  contained herein, the motion must be brought before expiration of that deadline.  The parties

9  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

10  date of this order does not constitute good cause. The parties are advised that if they stipulate to

11  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

12  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

13  specifically set by the court may not be altered by stipulation; rather the parties must obtain

14  leave of Court.

15  **IT IS SO ORDERED.**

16
17  Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2