BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for Defendant
ROBERT E. COTNOIR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, as Personal Representative for the Estate and Mother of Decedent, GARY ALLEN CHRISTENSEN,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT E. COTNOIR, an Individual and Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, an Individual and Master of the Vessel "BETTY K,"<br><br>          Defendants. | Civil No. 3:11-cv-03864 JSW<br><br>[proposed]<br>**ORDER AUTHORIZING THIRD-PARTY COMPLAINT AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>DATE:<br>TIME: |

      Upon review of Lillian Christensen's and Robert E. Cotnoir's *Stipulation for Order Permitting Third-party Complaint* and Good Cause and the interests of justice and the just, speedy, and inexpensive determination of the within action (F.R.Civ.P. 1) otherwise appearing,

      IT IS ORDERED that:

1.   Robert E. Cotnoir may file the *Robert E. Cotnoir's Third-party Complaint Against Ken S. Lundie for Indemnity, Declaratory Relief and Other Remedies*, in the form appearing as attached Exhibit 1 to the abovesaid Stipulation. Further, said third party complaint, together wit summons thereon, is to be filed within two court days after the date of this Order.

2.   Upon the timely filing of said third party complaint, Robert E. Cotnoir is to cause such complaint, together with a copy of this Order, to be promptly served upon Kenneth Steven

1 Lundie and to cause a return on service thereof to be filed within 21 days of the timely filing
2 of the said third party complaint.
3 3. A further Case Management Conference will be held in Courtroom 11, 450 Golden Gate
4 Avenue, 19th floor, San Francisco, California on ~~Thursday~~, September 14, 2012 at ~~9:00~~
5 ~~a.m.~~
6 4. All parties will file a Joint Case Management Statement on or before September 7,
7 2012. (The parties are referred to the Court's Standing Orders and F.R.Civ.P. 16.)
8 DATED: May 29, 2012      SO ORDERED

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE,
United States District Court Judge