1  BERSCHLER ASSOCIATES, PC
   Arnold I. Berschler, SBN# 56557
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 398 1414

4

   Attorneys for Defendant
5  ROBERT E. COTNOIR

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 LILLIAN CHRISTENSEN, as Personal    )    Civil No. 3:11-cv-03864 JSW
   Representative for the Estate and Mother )
11 of Decedent, GARY ALLEN              )
   CHRISTENSEN,                         )    [proposed]
12                                      )
                    Plaintiff,          )    ORDER CONTINUING
13                                      )     MEDIATION DATE
   v.                                   )
14                                      )
   ROBERT E. COTNOIR, an Individual and )
15 Owner of the Vessel, "BETTY K," AND  )
   ROBERT LONGSTRETH, an Individual     )
16 and Master of the Vessel "BETTY K,"  )
                                        )
17                  Defendants.         )
   _____ )

18

19     This Honorable Court, having reviewed and considered the *Stipulation for Order Continuing*

20 *Mediation Date,* executed upon the behaves of  Plaintiff Christensen and Defendant Cotnoir, and

   Good Cause and the interests of justice and judicial economy otherwise appearing;
21

22     IT IS ORDERED THAT:

23 1.   The authority of the Court-appointed mediator in this action is extended through August 15,

24      2012 to conduct a mediation;

25 2.   All parties of record in this action, including Ken S. Lundie, should he file a responsive

26      pleading to the *Robert E. Cotnoir's Third-party Complaint Against Ken S. Lundie for*

27      *Indemnity, Declaratory Relief and Other Remedies*, are to attend at court-sponsored

28      mediation as is hereafter set by the Court-appointed mediator; and

   _____
   ORDER CONTINUING MEDIATION DATE

3.     Defendant Cotnoir is ordered to cause Third-Party Defendant Ken S. Lundie to be served with a copy of this Order and the underlying stipulation and to file a return on service thereof.

DATED:__June 26, 2012_____          SO ORDERED

_____

JEFFREY S. WHITE,
United States District Court Judge

---

ORDER CONTINUING MEDIATION DATE

[\\Continue ADR.order agreed.wpd]     2         Civil No. 3:11-cv-3864 JSW