BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for Defendant
ROBERT E. COTNOIR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, as Personal Representative for the Estate and Mother of Decedent, GARY ALLEN CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. COTNOIR, an Individual and Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, an Individual and Master of the Vessel "BETTY K,"<br><br>Defendants. | Civil No. 3:11-cv-03864 JSW<br><br>[proposed]<br><br>**ORDER CONTINUING MEDIATION DATE** |

This Honorable Court, having reviewed and considered the *Stipulation for Order Continuing Mediation Date,* executed upon the behaves of Plaintiff Christensen and Defendant Cotnoir, and Good Cause and the interests of justice and judicial economy otherwise appearing;

IT IS ORDERED THAT:

1. The authority of the Court-appointed mediator in this action is extended through August 15, 2012 to conduct a mediation;

2. All parties of record in this action, including Ken S. Lundie, should he file a responsive pleading to the *Robert E. Cotnoir's Third-party Complaint Against Ken S. Lundie for Indemnity, Declaratory Relief and Other Remedies*, are to attend at court-sponsored mediation as is hereafter set by the Court-appointed mediator; and

3. Defendant Cotnoir is ordered to cause Third-Party Defendant Ken S. Lundie to be served with a copy of this Order and the underlying stipulation and to file a return on service thereof.

DATED: August 9, 2012                           SO ORDERED

*[signature]*
JEFFREY S. WHITE,
United States District Court Judge

---

ORDER CONTINUING MEDIATION DATE

[\\Continue ADR.order agreed.wpd]                2                Civil No. 3:11-cv-3864 JSW