BERSCHLER ASSOCIATES, PC
Arnold I. Berschler, SBN# 56557
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 398 1414

Attorneys for Defendant
ROBERT E. COTNOIR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, as Personal Representative for the Estate and Mother of Decedent, GARY ALLEN CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. COTNOIR, an Individual and Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, an Individual and Master of the Vessel "BETTY K,"<br><br>Defendants. | Civil No. 3:11-cv-03864 JSW<br><br>[proposed]<br><br>**SECOND ORDER CONTINUING MEDIATION DATE** |

This Honorable Court, having reviewed and considered the *Stipulation for Second Order Continuing Mediation Date,* and Good Cause and the interests of justice otherwise appearing;

IT IS ORDERED THAT:

1. The Court-appointed mediator's authority to conduct mediation is extended through October 11, 2012;

2. All parties of record are to attend at court-sponsored mediation as is hereafter set.

DATED: August 10, 2012                              SO ORDERED

_____
JEFFREY S. WHITE,
United States District Court Judge