IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,                                            No. C 11-03864 JSW

  v.

ROBERT E COTNOIR, et al.,                **ORDER**

    Defendants.

        The Court has received the correspondence Third-Party Defendant Kenneth Steven Lundie ("Lundie"). Unless the Court has expressly requested a letter brief or unless the parties are presenting a discovery dispute to the Court, the Court does not accept letters from the parties. Going forward, all parties must submit all requests on pleading paper.

        Further, if any party asks this Court to take any action in this case, any such request also must be submitted in the form of either an administrative motion, if appropriate, or a properly noticed motion.

        The Court notes that default has been entered against Lundie. It appears from the correspondence to the Court that he does intend to appear and defend against the Third-Party Complaint. Lundie is admonished that he may only defend against the Third-Party Complaint if he files a properly noticed motion to set aside the default.

        The Court also hereby advises Lundie that the Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney. The Court also advises Lundie that he also may wish to

seek assistance from the Legal Help Center. Lundie may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: August 23, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE