IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

  v.

ROBERT E COTNOIR, et al.,

    Defendants.

No. C 11-03864 JSW

**ORDER REQUIRING STATUS REPORT RE SETTLEMENT**

The Court has received the certification of the ADR Session, dated October 18, 2012, and filed on October 24, 2012, in which the mediator advises that this case has been settled, in full. It is HEREBY ORDERED that the parties shall file a joint status report regarding the status of settlement and when they expect a dismissal to be filed. The Joint Status Report shall be due on December 14, 2012.

**IT IS SO ORDERED.**

Dated: November 19, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE