REUBEN J. DONIG, CSB No. 65659
LAW OFFICES OF REUBEN J. DONIG
177 BOVET ROAD, SUITE 600
SAN MATEO, CA  94402
TELEPHONE: (650) 638-2336
FACSIMILE: (650) 638-2536
EMAIL: rjdoniglaw@aol.com

GARY A. ANGEL, CSB No. 70006
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958
EMAIL: angelgary@aol.com

Attorneys for Plaintiff LILLIAN CHRISTENSEN,
as Personal Representative and
Mother of Decedent, GARY ALLEN CHRISTENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, as Personal Representative and Mother of Decedent, GARY ALLEN CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. COTNOIR, Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, Master of the Vessel, "BETTY K," an Individual,<br><br>Defendants.<br>_____/ | Case No.  3:11-cv-03864-JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON [F.R.C.P. 41(a)(2)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate

and request the following:

Pursuant to a settlement agreement entered into between plaintiff and defendant

ROBERT E. COTNOIR, plaintiff's action is hereby dismissed with prejudice, each side

1 | to bear their own costs and attorney's fees.

2 | DATED: February 7, 2013     LAW OFFICES OF REUBEN J. DONIG

*/s/ Reuben J. Donig*
Reuben J. Donig

LAW OFFICES OF GARY A. ANGEL

*/s/ Gary A. Angel*
Gary A. Angel

Attorneys for Plaintiff LILLIAN CHRISTENSEN, as Personal Representative and Mother of Decedent, GARY ALLEN CHRISTENSEN

DATED: February 7, 2013     BERSCHLER ASSOCIATES, PC

*/s/ Arnold I. Berschler*
Arnold I. Berschler
Attorneys for Defendant ROBERT COTNOIR

**ORDER**

**IT IS SO ORDERED.**

DATED: __February 8__, 2013

*Jeffrey S. White* (signature)
Jeffrey S. White
Judge of the United States District Court