|   |   |
|---|---|
| 1 | REUBEN J. DONIG, CSB No. 65659<br>LAW OFFICES OF REUBEN J. DONIG |
| 2 | 177 BOVET ROAD, SUITE 600<br>SAN MATEO, CA  94402 |
| 3 | TELEPHONE: (650) 638-2336<br>FACSIMILE: (650) 638-2536 |
| 4 | EMAIL: rjdoniglaw@aol.com |
| 5 | GARY A. ANGEL, CSB No. 70006<br>LAW OFFICES OF GARY A. ANGEL |
| 6 | 177 POST STREET, EIGHTH FLOOR<br>SAN FRANCISCO, CA  94108 |
| 7 | TELEPHONE:  (415) 788-5935<br>FACSIMILE:  (415) 788-5958 |
| 8 | EMAIL: angelgary@aol.com |
| 9 | |
| 10 | Attorneys for Plaintiff LILLIAN CHRISTENSEN,<br>as Personal Representative and |
| 11 | Mother of Decedent, GARY ALLEN CHRISTENSEN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | LILLIAN CHRISTENSEN, as Personal Representative and Mother of Decedent, GARY ALLEN CHRISTENSEN, | Case No.  3:11-cv-03864-JSW |
| 16 | | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| 17 | Plaintiff, | **[F.R.C.P. 41(a)(2)]** |
| 18 | v. | |
| 19 | ROBERT E. COTNOIR, Owner of the Vessel, "BETTY K," AND ROBERT LONGSTRETH, Master of the Vessel, "BETTY K," an Individual, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | _____/ | |

      Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate and request the following:

      Pursuant to a settlement agreement entered into between plaintiff and defendant ROBERT E. COTNOIR, plaintiff's action is hereby dismissed with prejudice, each side

1  to bear their own costs and attorney's fees.

2  DATED: February 7, 2013      LAW OFFICES OF REUBEN J. DONIG

                                       */s/ Reuben J. Donig*
                                       Reuben J. Donig

                                       LAW OFFICES OF GARY A. ANGEL

                                       */s/ Gary A. Angel*
                                       Gary A. Angel

Attorneys for Plaintiff LILLIAN CHRISTENSEN, as Personal Representative and Mother of Decedent, GARY ALLEN CHRISTENSEN

DATED: February 7, 2013      BERSCHLER ASSOCIATES, PC

                                       */s/ Arnold I. Berschler*
                                       Arnold I. Berschler
                                       Attorneys for Defendant ROBERT COTNOIR

**ORDER**

**IT IS SO ORDERED.**

DATED: __February 8__, 2013

                                  Jeffrey S. White
                                  Judge of the United States District Court

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON