IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT E COTNOIR, et al.,<br><br>    Defendants.<br>                                     / | No. C 11-03864 JSW<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE WITHOUT PREJUDICE** |

The Court has received the correspondence Third-Party Defendant Kenneth Steven Lundie ("Lundie"). The Court has already admonished the parties that unless the Court has expressly requested a letter brief or unless the parties are presenting a discovery dispute to the Court, the Court does not accept letters from the parties. Going forward, all parties must submit all requests on pleading paper. Therefore, the Court will not consider Lundie's request to appear by telephone because it is not on pleading paper. This Order is without prejudice to Lundie submitting a request in accordance with the Court's orders. If Lundie elects to refile his request in accordance with the Court's orders, he shall provide the Court with a direct land line telephone number at which he will be available for the case management conference.

///
///
///
///
///

The case management conference has been moved from June 28, 2013 to July 12, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

v.

ROBERT E COTNOIR et al,

    Defendant.

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: June 28, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk