Kenneth Lundie

1753 NE Yaquina Heights Drive

Newport, Oregon 97365-9568

1-541-264-8346

Pro Se Third Party Defendant

FILED
JUL 08 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

*San Francisco*

| | |
|---|---|
| Christensen<br><br>        Plaintiff(s),<br><br>vs.<br><br>Cotnoir<br><br>        Defendant, Third Party Plaintiff<br><br>vs.<br><br>Lundie,<br><br>        Third Party Defendant | Case Number:   C 11-03864 JSW<br><br>**REQUEST TO APPEAR BY TELEPHONE & REQUEST FOR CONFERENCE SETTLEMENT ADR**<br><br>DATE: July 12, 2013<br>TIME:  1:30 p.m.<br>COURTROOM:  11 – 19th Floor<br>JUDGE: Honorable Jeffrey S. White |

      Pertaining to the Case Management Conference for Civil No. C 11-03864 JSW which has been rescheduled for July 12, 2013 at 1:30 p.m. in Courtroom 11, Mr. Lundie respectfully requests that he be permitted to participate via telephonic conference call from his Newport, Oregon residence. The necessity of having to travel from Newport, OR to San Francisco, CA (a round trip of approx. 1,600 miles) to take part in this preliminary proceeding would be extremely inconvenient and create a financial hardship to Third-Party Defendant Lundie. Should said request be granted, Mr. Lundie will make himself available on Friday July 12, 2013 at 1:30 p.m. at his direct land line telephone number, 1-541-264-8346.

Mr. Lundie is desirous of cooperating with Attorney for Third-Party Plaintiff regarding the timelines for submission of documents covering discovery, witness lists, etc. and is amenable to participation in the Court sponsored Alternative Dispute Resolution Process. As Mr. Lundie is representing himself in this action, he respectfully asks the Court to look favorably upon his request (as herein stated) to utilize the Conference Settlement option for ADR which is structured for Pro Se Litigants.

Mr. Lundie thanks the Court for its consideration for his two requests.

Date: July 5, 2013      Sign Name: *Ken S. Lundie*
                        Print Name: Kenneth Lundie

cc:

Mr. Arnold I. Berschler

Berschler Associates, PC

22 Battery Street, Suite 810

San Francisco, CA 94111

The Court grants the request to appear by telephone. Beginning at 1:30 p.m., Mr. Lundie shall be available at the direct land line provided above.
IT IS SO ORDERED.
Dated:

*Judge Jeffrey S. White*

2