IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,                                   No. C 11-03864 JSW

  v.

ROBERT E COTNOIR, et al.,                  **ADR REFERRAL ORDER**

    Defendants.

        The Court has received the joint request for a referral to ADR. The Court HEREBY REFERS the parties to mediation to be conducted through the Court's ADR Program. The parties shall complete mediation within 45 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 21, 2013

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE

cc:    ADR Department

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

v.

ROBERT E COTNOIR et al,

    Defendant.

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: October 21, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk