United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

v.

ROBERT E COTNOIR, et al.,

    Defendants.

No. C 11-03864 JSW

**ORDER TO SHOW CAUSE**

Defendant and Cross-Plaintiff Robert E. Cotnoir ("Cotnoir") filed a motion for leave to amend his third-party complaint and noticed it to be heard on December 13, 2013. Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by third-party defendant Kenneth S. Lundie ("Lundie") by no later than October 3, 2013. Therefore, Lundie is Ordered to Show Cause in writing, by November 25, 2013, why the pending motion for leave to amend should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If the Lundie seeks to file a substantive response to the motion for leave to amend, he must demonstrate good cause for failing to his opposition brief in a timely fashion. If the Lundie

///
///
///
///
///

demonstrates good cause for his delay and the Court permits the filing of a substantive response to the motion, the Court will provide Cotnoir with an opportunity to file a reply.

**IT IS SO ORDERED.**

Dated: November 15, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

v.

ROBERT E COTNOIR et al,

    Defendant.

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: November 15, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk