1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  LILLIAN CHRISTENSEN,

10           Plaintiff,                          No. C 11-03864 JSW

11      v.

12  ROBERT E COTNOIR, et al.,                    **ORDER (1) DISCHARGING**
                                                  **ORDER TO SHOW CAUSE AND**
13           Defendants.                          **(2) CONTINUING HEARING**
                                        /
14

15          The Court has received the response to the Order to Show Cause ("OSC") by third-party

16  defendant Kenneth S. Lundie ("Lundie") and HEREBY DISCHARGES the OSC.  By no later

17  than December 13, 2013, Lundie shall file his opposition to the pending motion for leave to

18  amend.  Defendant and Cross-Plaintiff Robert E. Cotnoir shall file his reply, if any, by no later

19  than December 23, 2013.  The Court CONTINUES the hearing on the motion for leave to

20  amend to February 21, 2014 at 9:00 a.m.

21          **IT IS SO ORDERED.**

22  Dated:  December 2, 2013

23                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

        Plaintiff,

  v.

ROBERT E COTNOIR et al,

        Defendant.

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: December 2, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California