**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN,<br>　　　　Plaintiff,<br>　v.<br>ROBERT E COTNOIR, et al.,<br>　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | No. C 11-03864 JSW<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) CONTINUING HEARING** |

The Court has received the response to the Order to Show Cause ("OSC") by third-party defendant Kenneth S. Lundie ("Lundie") and HEREBY DISCHARGES the OSC. By no later than December 13, 2013, Lundie shall file his opposition to the pending motion for leave to amend. Defendant and Cross-Plaintiff Robert E. Cotnoir shall file his reply, if any, by no later than December 23, 2013. The Court CONTINUES the hearing on the motion for leave to amend to February 21, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

  v.

ROBERT E COTNOIR et al,

    Defendant.
                              /

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: December 2, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk