IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN, | |
|     Plaintiff, | No. C 11-03864 JSW |
|   v. | |
| ROBERT E. COTNOIR, ET AL., | **ORDER VACATING HEARING** |
|     Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to compel attendance which has been noticed for hearing on Friday, February 21, 2014 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 12, 2014

                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT E COTNOIR et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV11-03864 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: February 12, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk