1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    LILLIAN CHRISTENSEN,

10            Plaintiff,                        No. C 11-03864 JSW

11       v.

12   ROBERT E COTNOIR, et al.,                  **ORDER EXTENDING
                                                DEADLINES**
13            Defendants.

14   _____/

15           Now before the Court is the administrative motion filed by third-party defendant

16   Kenneth S. Lundie ("Lundie") to request an extension of the deadline to hear dispositive

17   motions.  The Court will grant Lundie's request, but Lundie is admonished that the Court will

18   not provide any further extensions in the absence of good cause.

19           The Court HEREBY ORDERS that any motion for summary judgment shall be *filed* by

20   no later than March 6, 2014.  The Court will hear any motion for summary judgment that is

21   filed by this deadline on April 25, 2014 at 9:00 a.m.  The Court FURTHER ORDERS that the

22   pretrial conference and trial are CONTINUED to July 21, 2014 at 2:00 p.m. and August 11,

23   2014 at 8:00 a.m., respectively.  Jury selection will begin on August 6, 2014 at 8:00 a.m.  The

24   parties are

25   ///

26   ///

27   ///

28   ///

     ///

**United States District Court**
For the Northern District of California

1  directed to review the Court's Standing Order for Trial and Final Pretrial Conference in Civil

2  Jury Cases in advance, in order to avoid any further missed deadlines and delays.

3       **IT IS SO ORDERED.**

4

5  Dated:  February 24, 2014



6                                JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

        Plaintiff,

  v.

ROBERT E COTNOIR et al,

        Defendant.          /

Case Number: CV11-03864 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: February 24, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk