IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN CHRISTENSEN,

    Plaintiff,

v.

ROBERT E COTNOIR, et al.,

    Defendants.
                                    /

No. C 11-03864 JSW

**ORDER VACATING HEARING**

Now before the Court is the motion for summary judgment filed by Third-Party Defendant Kenneth Steven Lundie ("Lundie") and the motion for leave to amend his third-party complaint filed by Defendant and Third-party Plaintiff Robert E. Cotnoir ("Cotnoir"). The Court finds that these matters are appropriate for disposition without oral argument and are hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for April 25, 2014 is HEREBY VACATED. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: April 18, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT E COTNOIR et al,<br><br>　　　　Defendant. | Case Number: CV11-03864 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ken Lundie
1753 NE Yaquina Heights Dr.
Newport, OR 97365-9568

Dated: April 18, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk