UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LILLIAN CHRISTENSEN, | No. C 11-03864 JSW (LB) |
|         Plaintiff, | **NOTICE OF REFERRAL AND ORDER** |
| v. | |
| ROBERT E COTNOIR, et al., | [Re: ECF No. 134] |
|         Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order of Reference, ECF No. 134. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 2, 2014

LAUREL BEELER
United States Magistrate Judge

C11-03864 JSW (LB)
NOTICE OF REFERRAL AND ORDER