IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CHRISTENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT E. COTNOIR, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03864 JSW<br><br>**ORDER CONTINUING DATES** |

On July 7, 2014, Robert E. Cotnoir ("Cotnoir") unilaterally filed documents required by the Court's Standing Order regarding pretrial conferences in civil jury cases. Cotnoir vaguely states that he tried to contact Kenneth Steven Lundie ("Lundie"), but does not provide a supporting declaration attesting to the dates and methods as to his efforts to meet and confer in person with Lundie as required by the Court's Standing Order. Moreover, the Court notes that the documents Cotnoir did file are replete with typos and include assertions regarding his claims and requests for damages that are not included in his complaint. The only claim remaining in this action is the third-party claim by Cotnoir against Lundie for equitable indemnity. Cotnoir's complaint does not contain a claim for express warranty and does not include any claim for damages that includes the loss of the value of the Betty K and/or its fishing permits.

The Court HEREBY CONTINUES the pretrial conference and trial to August 18, 2014 at 2:00 p.m. and September 15, 2014 at 8:00 a.m., respectively. The parties are required **to meet and confer in person** by no later than July 21, 2014. By no later than August 4, 2014, the parties shall **jointly file** all of the documents required by the Court's Standing Order regarding

pretrial conferences in civil jury cases.  The Court will not review any motions *in limine* that were not initially provided to the opposing party by June 23, 2014.  Any party submitting motions *in limine* shall provide a declaration attesting to when such motions were first served on the opposing party.  If the parties fail to meet and confer and to jointly file any of the documents required by Court's Standing Order regarding pretrial conferences in civil jury cases, the parties shall provide a detailed declaration attesting to their efforts to meet and confer and to prepare joint filings.  Cotnoir and Lundie are admonished that failure to comply with this Order will result in sanctions being issued.

**IT IS SO ORDERED.**

Dated:

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE