1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ROBERT E. COTNOIR,

10            Third-Party Plaintiff,                    No. C 11-03864 JSW

11   v.

12   KENNETH STEVEN LUNDIE,                      **ORDER REGARDING
                                                 EVIDENTIARY OBJECTIONS**
13            Third-Party Defendant.
    _____/

14

15         Now pending before the Court are the parties' objections to various proposed exhibits

16   for trial.  (ECF No. 163.)  The Court shall address each objection in turn.

17         **A.**    **Exhibit 10** - Plaintiff asserts that this exhibit may not be used, pending

18                stipulation by Defendant to certain facts contained therein.  Therefore, the Court

19                reserves ruling on this objection at this time.

20         **B.**    **Exhibit 11** - The Court reserves ruling on this objection unless and until the

21                document is offered at trial.

22         **C.**    **Exhibit 16** - OVERRULED.  Although this document relates to the ownership of

23                the fishing licenses and not the vessel itself, it is relevant to whether Defendant

24                maintained an ownership interest in the vessel.

25         **D.**    **Exhibit 26** - SUSTAINED, under Federal Rules of Evidence 401 and 403.

26         **E.**    **Exhibit 28** - SUSTAINED, under Rules 401 and 403.

27         **F.**    **Exhibit 33** - OVERRULED, for the same reason as Exhibit 16.

28         **G.**    **Exhibit 35** - OVERRULED AS MOOT.  Plaintiff has withdrawn this exhibit.

           **H.**    **Exhibit 36** - OVERRULED, for the same reasons as Exhibits 16 and 33.

United States District Court

For the Northern District of California

**I.**     **Exhibit 101** - SUSTAINED, the Complaint and its related Summons are not evidence, and this exhibit is also excluded under Rules 401 and 403.

**J.**     **Remaining Evidentiary Objections** - The Court ORDERS the parties to confer regarding the raised objections and reserves ruling at this time.

**IT IS SO ORDERED.**

Dated: December 12, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2