IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. COTNOIR,

    Third-Party Plaintiff,

  v.

KENNETH STEVEN LUNDIE,

    Third-Party Defendant.

No. C 11-03864 JSW

**ORDER RE CONSENT TO MAGISTRATE JUDGE**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). For reasons alluded to at the pretrial conference in this case, the Court believes that this case would more properly be tried before a magistrate judge. The Court is informed that Magistrate Judge Westmore is available to conduct the trial in this case, at or near its currently scheduled time. Accordingly, the parties are hereby ORDERED to meet and confer, and advise the Court by no later than January 12, 2015, whether they consent to have a magistrate judge conduct all further proceedings in the instant action.

**IT IS SO ORDERED.**

Dated: January 7, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE