IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. COTNOIR,

    Third-Party Plaintiff,                  No. C 11-03864 JSW

  v.

KENNETH STEVEN LUNDIE,                **ORDER RE CONSENT TO BENCH TRIAL**

    Third-Party Defendant.
_____/

        This matter is currently set for jury trial on January 26, 2015. On January 12, 2015, Defendant Kenneth Lundie informed the Court that he would consent to a bench trial in this matter. Given the issues in this case, the Court's familiarity with them, and the relatively lower costs associated with a bench trial, the Court believes that a bench trial is a far better option than a jury trial in this matter. Accordingly, the parties are ORDERED to meet and confer and file a joint stipulation indicating whether both parties will consent to a bench trial, by no later than January 15, 2015. Should both parties agree to a bench trial, the Court shall vacate all deadlines relating to the filing of objections to jury instructions and proposed voir dire. The Clerk is directed to serve this Order on Mr. Lundie via e-mail, to expedite the parties' decision in this matter.

        **IT IS SO ORDERED.**

Dated: January 13, 2015

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE