**United States District Court**
For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    ROBERT E. COTNOIR,

8              Third-Party Plaintiff,          No. C 11-03864 JSW

9       v.

10   KENNETH STEVEN LUNDIE,                   **ORDER RE PREPARATION FOR**
                                              **BENCH TRIAL**
11             Third-Party Defendant.
                                    /
12

13          On January 13, 2015, the Court ordered the parties in this matter to meet and confer and

14   file a joint stipulation indicating whether they would consent to a bench trial in this matter.  On

15   January 14, 2015, the parties filed a stipulation, jointly agreeing to a bench trial.  Because this

16   case will be tried directly to the Court, the parties shall not present opening statements or

17   closing arguments.  The parties are instructed to be prepared to immediately begin presenting

18   evidence on January 26, 2015, at 8:00 a.m.  The parties are further directed to read the Court's

19   Guidelines for Trial and Final Pretrial Conference in Civil Bench Trials, which can be found on

20   the Northern District website.  The Court hereby VACATES all deadlines associated with the

21   filing of objections to proposed voir dire and preliminary jury instructions.  Given the proximity

22   of trial, the Clerk is directed to serve this Order on Mr. Lundie via e-mail as well as in hard

23   copy.

24          **IT IS SO ORDERED.**

25

26   Dated: January 14, 2015                    _____
                                                JEFFREY S. WHITE
27                                              UNITED STATES DISTRICT JUDGE

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28