IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COTNOIR,<br><br>       Third-Party Plaintiff,<br><br>  v.<br><br>KENNETH STEVEN LUNDIE,<br><br>       Third-Party Defendant. | No. C 11-03864 JSW<br><br>**ORDER RE MOTION FOR PROCEDURAL CLARIFICATION** |

Now before the Court is Defendant Kenneth Lundie's Motion for Procedural Clarification. (ECF No. 185.) Mr. Lundie requests clarification regarding the manner in which he will testify, given that he is a pro se litigant. Mr. Lundie should be prepared to examine himself in the same manner he will examine other witnesses. That is, Mr. Lundie will first ask the relevant question, and then he will provide the answer. This procedure will give opposing counsel the opportunity to object to questions if necessary, and will prevent narrative testimony. Given the proximity of trial, the Clerk is directed to serve this Order on Mr. Lundie via e-mail, as well as in hard copy.

**IT IS SO ORDERED.**

Dated: January 21, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE